**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DERYLE HUGHES,**

          **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No.  6:04-cv-1403-Orl-22JGG**

**MANNING BUILDING SUPPLIES, INC.,**
**and DALE ALTENBERG,**

          **Defendants.**

_____

## ORDER

This cause is before the Court on Defendants' Motion for Rule 11 Sanctions (Doc. No. 39) filed on September 29, 2005.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 9, 2005 (Doc. No. 48) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Motion for Rule 11 Sanctions (Doc. No. 39) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 27, 2005.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party